UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) CAUSE NO. 2:02-CR-34 (2) RM |
| SUWANNEE SPRIPRASARN | ) |

ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on August 22, 2007 [Doc. No. 39].  Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Suwannee Spriprasarn's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 963.

SO ORDERED.

ENTERED:   October 31, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court